KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
MARIE BAFUS (CSB No. 258417)
mbafus@fenwick.com
BRIAN LAHTI (CSB No. 278951)
blahti@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for PLAINTIFF
FREEDOM DEBT RELIEF, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM DEBT RELIEF, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTURY NEGOTIATIONS, INC., a Pennsylvania corporation,<br><br>    Defendant. | Case No.: 12-CV-02532-EDL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF FREEDOM DEBT RELIEF, LLC'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES<br><br>Judge: The Honorable Elizabeth D. Laporte |

On August 7, 2012, Plaintiff Freedom Debt Relief, LLC filed a Motion to Continue Initial Case Management Conference and Associated Deadlines (the "Motion") pursuant to Civil Local Rules 6-3 and 16-3, seeking to continue the August 29, 2012 Initial Case Management Conference and associated deadlines in the above-captioned action. The matter having been submitted and, after considering the Motion, all papers filed in support and in opposition thereof, and all other matters on file in the actions and presented to the Court, IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The Initial Case Management Conference scheduled for August 29, 2012 in the above-captioned action is continued ~~for 90 days or such later date and time as the Court determines to be appropriate~~ to November 27, 2012, at 10:00 a.m.; and

3. In light of the continuance of the Initial Case Management Conference, all associated deadlines under the Civil Local Rules, Rule 26 of the Federal Rules of Civil Procedure and the ADR Multi-Option Program are deferred and will be rescheduled in accordance with the date of the Initial Case Management Conference as ordered by the Court.

IT IS SO ORDERED.

Dated: August 8, 2012

*Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
United States District Court Magistrate Judge

[PROPOSED] ORDER GRANTING PL.'S
MOT. TO CONTINUE INITIAL CMC AND
ASSOCIATED DEADLINES

1

CASE NO. 12-CV-02532-EDL